**Opinion issued October 22, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00635-CV

———————————

**CHRIS MORRIS, Appellant**

**V.**

**KYLE HOLMES, Appellee**

---

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 23-DCV-311099**

---

## MEMORANDUM OPINION

On September 12, 2024, the Court abated this appeal and referred the parties

to mediation. On October 2, 2024, appellant Chris Morris advised the Court that the

parties had reached a settlement of their differences and filed an unopposed motion

to reinstate the appeal on the active docket and to dismiss this appeal.

We grant the motions. We lift the abatement and reinstate the appeal on the active docket. We dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.